JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THOMAS JOHN MARSTON,<br><br>          Petitioner,<br><br>          v.<br><br>SCOTT KERNAN et al.,<br><br>          Respondent. | Case No. CV 17-6450-VAP (DFM)<br><br>JUDGMENT |

Under the Court's Order Summarily Dismissing Petition,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: September 19, 2017

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
Chief United States District Judge